**SAO**
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:   702/948-8773
*Attorney for Defendant Americana, LLC.*
*d.b.a Berkshire Hathaway HomeServices*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MERCER INSURANCE COMPANY;<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICANA, LLC. d.b.a. Berkshire Hathaway HomeServices Nevada Properties, a Nevada Limited Liability Company; DOES I through X, inclusive;<br><br>          Defendants. | Case No.:  2:21-cv-02039-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT AMERICANA, LLC. D.B.A. BERKSHIRE HATHAWAY HOMESERVICES TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff and Americana, LLC d.b.a. Berkshire Hathaway HomeServices ("Defendant") state the following:

1.  The Complaint was filed on November 12, 2021.  (ECF No. 1).

2.  Defendant was served on November 18, 2021.

3.  Pursuant to the Federal Rules of Civil Procedure, Defendant has 21 days to file a response to the Complaint, or until December 9, 2021.

4.  The parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from December 9, 2021 to **December 30, 2021**.

/ / /

/ / /

5. This short extension is being sought for good cause and not for the purposes of delay. Good cause exists for this extension due to being recently retained for this matter, the workload of counsel including other matters and the holiday season.

**IT IS SO AGREED AND STIPULATED:**

| FORD, WALKER, HAGGERY, & BEHAR | SANTORO WHITMIRE |
|---|---|
| */s/ Eran S. Forster* | */s/ James E. Whitmire* |
| ERAN S. FORSTER, ESQ. | JAMES E. WHITMIRE, ESQ. |
| Nevada State Bar No. 11124 | Nevada State Bar No. 6533 |
| SHAYNE L. WULTERIN, ESQ. | 10100 W. Charleston Blvd., Suite 250 |
| Nevada State Bar No. 7565 | Las Vegas, Nevada 89135 |
| 8215 South Eastern Avenue | Tel: 702.948.8771 |
| Suite 225 | *Attorney for Defendant Americana, LLC.* |
| Las Vegas, Nevada 89123 | *d.b.a Berkshire Hathaway HomeServices* |
| Tel: 702.724.2699 | |

JEFFREY S. BEHAR, ESQ.
California State Bar No. 81565
JEET SEN, ESQ.
California State Bar No. 224248
One World Trade Center
Twenty-Seventh Floor
Long Beach, California  90831-2700
Tel: 562.983.2500
*Attorney for Plaintiff,*
*Mercer Insurance Company*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: December 9, 2021