JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:    702/948-8771
Facsimile:    702/948-8773
*Attorney for Defendant Americana, LLC.*
*d.b.a Berkshire Hathaway HomeServices*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MERCER INSURANCE COMPANY;<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICANA, LLC. d.b.a. Berkshire Hathaway HomeServices Nevada Properties, a Nevada Limited Liability Company; DOES I through X, inclusive;<br><br>        Defendants. | Case No.:  2:21-cv-02039-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT AMERICANA, LLC TO FILE REPLY TO PLAINTIFF'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THIS DECLARATORY JUDGMENT ACTION**<br><br>**(First Request)** |

    1.    Defendant's Motion to Dismiss or, in the Alternative, Stay this Declaratory Judgment Action was filed on December 30, 2021.  (ECF Nos 13 and 14).

    2.    Plaintiff filed its Response to such Motion on January 13, 2022.  (ECF Nos. 18 and 19).

    3.    The current deadline for filing a Reply brief is January 20, 2022.

    4.    Defendant's counsel is seeking a seven (7) day extension to file its Reply.

    5.    The parties agree to extend the date for Defendant to file its Reply from January 20, 2022 to **January 27, 2022**.

6.     This short extension is being sought for good cause (workload of counsel) and not for the purposes of delay.

**IT IS SO AGREED AND STIPULATED:**

FORD, WALKER, HAGGERY,
& BEHAR

*/s/ Eran S. Forster*
ERAN S. FORSTER, ESQ.
Nevada State Bar No. 11124
8215 South Eastern Avenue
Suite 225
Las Vegas, Nevada 89123
Tel: 702.724.2699

JEET SEN, ESQ.
California State Bar No. 224248
One World Trade Center
Twenty-Seventh Floor
Long Beach, California  90831-2700
Tel: 562.983.2500
*Attorney for Plaintiff,*
*Mercer Insurance Company*

SANTORO WHITMIRE

*/s/ James E. Whitmire*
JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel: 702.948.8771
*Attorney for Defendant Americana, LLC.*
*d.b.a Berkshire Hathaway HomeServices*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT COURT

DATED: January 21, 2022

- 2 -