SAO
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:    702/948-8773
Attorney for Defendant Americana, LLC.
d.b.a Berkshire Hathaway HomeServices

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MERCER INSURANCE COMPANY;<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICANA, LLC; DOES I through X; inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>    Defendants. | CASE NO.  2:21-cv-02039-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DISCOVERY PLAN / SCHEDULING ORDER**<br><br>**(First Request)** |

      Plaintiff MERCER INSURANCE COMPANY (hereinafter, "Plaintiff") and Defendant AMERICANA, LLC, by and through their respective counsel of record, hereby stipulate to an extension of time to submit a discovery plan and proposed scheduling order required by Federal Rules of Civil Procedure 26(f), L.R. 16-1, and L.P.R. 1-22, which is to be filed February 11, 2022.

      This stipulation is the first request for an extension to file a discovery plan and proposed scheduling order. The parties have jointly met and conferred about discovery and this stipulation, both agree that the stipulation is in their client's best interest, and certify that this stipulation is made

1

in good faith and not for the purpose of delay. The parties enter into this stipulation in light of Defendant AMERICANA, LLC's Motion to Dismiss, or in the alternative, Stay the current action, which is fully briefed by both parties and pending decision by Judge Mahan in this insurance coverage case (ECF Nos 13-14, 19, 23).

      THEREFORE, the parties stipulate to an extension of fourteen (14) days from the determination of Defendant Americana, LLC's motions to stay and dismiss, filed under ECF Nos. 13-14.

Dated: February 11, 2021

| FORD, WALKER, HAGGERY, & BEHAR | SANTORO WHITMIRE |
|---|---|
| /s/ Eran S. Forster<br>ERAN S. FORSTER, ESQ.<br>Nevada State Bar No. 11124<br>8215 South Eastern Avenue<br>Suite 225<br>Las Vegas, Nevada 89123<br>Tel: 702.724.2699 | /s/ James E. Whitmire<br>JAMES E. WHITMIRE, ESQ.<br>Nevada State Bar No. 6533<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>Tel: 702.948.8771<br>*Attorney for Defendant Americana, LLC.*<br>*d.b.a Berkshire Hathaway HomeServices* |

**ORDER**

IT IS SO ORDERED

Date: February 28, 2022

UNITED STATES MAGISTRATE JUDGE

_____
Hon. Nancy J. Koppe

2